# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LESTER F. KRUPP, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:07CV2025 DJS |
| UNKNOWN THOMPSON, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to alter or amend judgment and to amend his complaint. Although plaintiff seeks post-dismissal amendment of his complaint, he has not articulated any non-frivolous amendments to his complaint nor has he addressed the inadequacies contained in the original complaint. Moreover, plaintiff has failed to provided the Court with sufficient grounds for altering this Court's January 16, 2008 Dismissal. As such, the Court will deny plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to alter or amend judgment and to amend his complaint [Doc. #13] is **DENIED**.

Dated this __30th__ day of January, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE